# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Archuleta,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>    Defendants. | No. CV-19-05466-PHX-CDB<br><br>**ORDER** |

Before the Court are Plaintiff's Complaint (Doc. 1) and Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 2). The matter was referred to Magistrate Judge Camille D. Bibles for a Report and Recommendation. (Doc. 3.) On October 25, 2019, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 6.) On November 12, 2019, the Magistrate Judge filed an Amended Report and Recommendation, recommending that the Court grant Plaintiff's Application for Leave to Proceed In Forma Pauperis, allow Plaintiff thirty days from this Order to file an amended complaint, and dismiss without prejudice the instant matter if Plaintiff fails to file an amended complaint within thirty days of this Order. (Doc. 8.) To date, no objections have been filed. After considering the Report and Recommendation, the Court now issues the following ruling.

## I. STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). The court must review the legal

analysis in the Report and Recommendation *de novo*. See 28 U.S.C. § 636 (b)(1)(C). The Court must review the factual analysis in the Report and Recommendation *de novo* for those facts to which Objections are filed and for clear error for those facts to which no Objections are filed. See id.; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to file objections relieves the district court of conducting *de novo* review of the magistrate judge's factual findings).

**II. DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**III. CONCLUSION**

Accordingly,

**IT IS ORDERED** adopting the Amended Report and Recommendation of the Magistrate Judge. (Doc. 8.)

**IT IS FURTHER ORDERED** granting Plaintiff's Application for Leave to Proceed In Forma Pauperis. (Doc. 2.)

**IT IS FURTHER ORDERED** dismissing without prejudice Plaintiff's Complaint. (Doc. 1.)

**IT IS FURTHER ORDERED** allowing Plaintiff to file an amended complaint that complies with Rule 8(a) on or before **January 7, 2020** in accordance with the Magistrate Judge's Report and Recommendation.

//
//
//
//
//
//
//

**IT IS FURTHER ORDERED** that Plaintiff's failure to file an amended complaint that complies with Rule 8(a) by **January 7, 2020** will automatically result in dismissal without prejudice of the instant matter.

Dated this 26th day of November, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge